## PROPOSED ORDER/COVER SHEET

# FILED

**TO:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

APR 1 1 2006

**RE:** WALTON, TANYA

**FROM:** Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DOCKET NO.:** CR 06-00189 SBA

**DATE:** April 10, 2006

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____Betty A. Kim_____
U.S. Pretrial Services Officer

_____510-637-3755_____
TELEPHONE NUMBER

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. *4*
on *TUESDAY, 4/18/06* at *10:00 a.m.*

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s)

A.

B.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____

_____

/s/ Wayne D. Brazil
**JUDICIAL OFFICER**

*4-11-06*
**DATE**

*(Copy of face sheet only)*
*cc: WDB's Stats, Copy to parties via ECF,*
*Lisa Clark, Financial, Pretrial*

Cover Sheet (12/03/02)